```
```

USDC SCAN INDEX SHEET










LMM    9/23/98    13:37

3:98-CR-00519    USA V. BOGART

*35*

*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. **JEFFREY T. MILLER**      DEPUTY CLERK: **N PREWITT**      RECORDER: **DEBRA HENSON**

===============================================================================

| | | | | |
|---|---|---|---|---|
| 98CR0519-JM | USA | vs | LYNN DALE BOGART (1) | (C) |
| | | | RUSSELL J CONTE (3) | (B) |

DISPOSITION                     WILLIAM FLETCHER, APPTD (1)
                                JOHN A MITCHELL, RETND (3)

<u>IND 21 CTS</u>
18 USC 1343
18 USC 2314
18 USC 1956(a)(1)(A)(i)         AUSA: JAMES BRANNIGAN, JR.
18 USC 1957
18 USC 2

MTD: (1) 5-14-98

EXCLUDE
(1): 4-6-98 TO _____
DISCOVERY
FUR MOTIONS
GOVT MOT FOR RECIP DISCOVERY

(3) JOINDER IN DEFT 1 MOTIONS

(TRIAL 9-29-98)

===============================================================================

(01): CHANGE OF PLEA - DEFT PG TO COUNTS 1 & 11 OF THE INDICTMENT
      GOVERNMENT EXHIBIT 1 MARKED & RETURNED
      HEARING P/O REPORT & SENTENCE SET FOR 12-18-98 AT 8:30 AM
      ALL PENDING DEFT & GOVT MOTIONS - WITHDRAWN
      JURY TRIAL DATE OF 9-29-98 VACATED
(03): CHANGE OF PLEA - DEFT PG TO COUNT 1 OF THE INDICTMENT
      GOVERNMENT EXHIBIT 2 MARKED & RETURNED
      HEARING P/O REPORT & SENTENCE SET FOR 12-18-98 AT 8:30 AM
      ALL PENDING DEFT & GOVT MOTIONS - WITHDRAWN
      JURY TRIAL DATE OF 9-29-98 VACATED

**DATE   9-21-98**                                          **Deputy**