USDC SCAN INDEX SHEET










```
LMM    11/30/98    14:04
3:98-CR-00519    USA V. BOGART
*40*
*CROBJ.*
```

ORIGINAL

CHARLES G. La BELLA
United States Attorney
JAMES W. BRANNIGAN, JR.
Assistant U. S. Attorney
California Bar No. 37816
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6549

Attorney for Plaintiff

FILED

98 NOV 25 AM 8: 47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RUSSELL J. CONTE, Defendant. | Criminal Case No. 98cr0519JM<br>DATE: December 18, 1998<br>TIME: 8:30 a.m.<br>GOVERNMENT'S OBJECTIONS TO PRESENTENCE REPORT |

The United States of America hereby submits the following objection to the Presentence Report:

## DEFENDANT'S CRIMINAL HISTORY

On pages 6-8 of the Presentence Report, the Probation Officer has computed defendant Conte's criminal history, arriving at a criminal history score of 5 and Criminal History Category III. The correct criminal history score should be 6, which, although also resulting in a Criminal History Category III, is at the top of that category.

In computing the criminal history score, the officer correctly counted Conte's Utah conviction for attempted forgery on May 13, 1992, as 1 point, and Conte's conviction in the District of Utah for false

JWB:hc:11/24/98
A(#4):conte.obj

statement to a financial institution, use of a false Social Security number and attempt to defeat and evade tax, on July 14, 1992, as 2 points.

Conte committed the instant offense while on supervised release from the District of Utah case and probation in the Utah state case, and was correctly awarded 2 criminal history points in that regard.

In the District of Utah case, Conte was originally sentenced on July 14, 1992, to the custody of the Bureau of Prisons for 10 months, to be satisfied by 3 months custody in a jail-type facility and 3 months home confinement, followed by 3 years supervised release. That sentence was modified on August 10, 1992, to 6 months custody, to be satisfied by 3 months in a jail-type facility and 3 months home confinement. There is also a a partially unintelligible handwritten interlineation on the certified copy of the August 10, 1992, amended judgment which appears to say "6 mos. now and [arrow symbol] CTC". That note does not appear to be part of the judgment. The August 10 judgment has a self-surrender date of August 14, 1992, and Conte went into custody on that date. On September 28, 1992, Conte made a motion to modify the sentence due to his mental condition. The motion was granted without objection by the government, and Conte was released from prison custody on that date. The second amended judgment, filed October 2, 1992, provided that Conte was sentenced to serve 6 months in the custody of the Bureau of Prisons, to be satisfied by serving 6 weeks in a jail-type facility, 6 weeks in a half-way house, and 3 months home confinement. Bureau of Prison records (See Exhibit A attached hereto.) show that Conte received his full term release from the Bureau of Prisons on November 12, 1992.

Conte committed the instant offense on April 14, 1993. Based upon the above history, Conte committed the instant offense well within two years of his release from custody. He therefore should be awarded and additional criminal history point under USSG § 4A1.1(e), resulting in a total criminal history score of 6.

## CONCLUSION

Defendant Conte's criminal history score should be 6 criminal history points, resulting in Criminal History Category III.

DATED: 11/25/98 .

Respectfully submitted,

CHARLES G. La BELLA
United States Attorney

By: *James W. Brannigan*
JAMES W. BRANNIGAN, JR.
Assistant U.S. Attorney

3

98cr0519

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>RUSSELL J. CONTE,  )<br>  )<br>        Defendant.  )<br>_____) | Criminal Case No. 98cr0519JM<br><br>CERTIFICATE OF SERVICE<br>BY MAIL |

IT IS HEREBY CERTIFIED that:

I, Helaine Curtis, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California 92101-8893; I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I will cause to be deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of **GOVERNMENT'S OBJECTIONS TO PRESENTENCE REPORT** addressed to John A. Mitchell, Esq., 2320 Fifth Ave., Ste. 310, San Diego, CA  92101-1633, the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of November, 1998.

*Helaine Curtis*
Helaine Curtis