Case 3:98-cr-00519-JM   Document 46   Filed 12/10/98   PageID.278   Page 1 of 3

USDC SCAN INDEX SHEET










LMM   12/10/98   10:55
3:98-CR-00519   USA V. BOGART
*46*
*CRO.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEP 3 0 1998

U.S.
                Plaintiff

vs.

Russell J. Conte
                Defendant

FILED
98 DEC 10 AM 9:14

Case No. 98-0519

PRO HAC VICE APPLICATION

Russell J. Conte
Party Represented

I, Donald W. MacPherson, hereby petition the above-
(Applicant)
entitled court to permit me to appear and participate in this case and in support
of petition state:

My residence address is 4547 W. Butler Dr, Glendale, AZ 85302

My office address is 3404 W. Cheryl Dr. A-250, Phoenix AZ 85051

That on 12-31-78 I was admitted to practice

before US District Court, District of AZ and am currently in good
        (name of court)
standing and eligible to practice in said court:

That I am not currently suspended or disbarred in any other court:

That I (have) (have not) concurrently or within the year
preceding this application made any pro hac vice application to
this court.

(If previous application made, complete the following)

Title of case _____

Number of case _____ Date of application _____

Application _____ granted      _____ denied

I declare under penalty of perjury that the foregoing is true and
correct.

X _____
Signature of Applicant  Donald W MacPherson

DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

John Mitchell              619-237-9155
(name)                     (telephone)

2445 5th Ave #200   San Diego   CA   92101
(street)            (city)            (zip code)

X _____
Signature of Applicant  Donald W. MacPherson

#044283

46

I hereby consent to the above designation.

_____
Signature of Designee Attorney

ORDER

IT IS ORDERED that the pro hac application is hereby approved.

12/9/98

_____
Judge, U.S. District Court

Received $80.00 for Court Library fee
DEC 0 4 1998
_____
Deputy Clerk

Pro Hac Vice (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him: (1) he resides in California, (2) he is regularly employed in California, or (3) he is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he has been admitted to practice and the date of admission, (3) that he is in good standing and eligible to practice in said court, (4) that he is not currently suspended or disbarred in any other court, and (5) if he has concurrently or within the year preceding his current application made any pro hac vice application to this court, the title and the number of each matter wherein he made application, the date of application, and whether or not his application was granted. He shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He shall file with such application the address, telephone number, and written consent of such designee.

Fee: $20.00 library fee, payable to Clerk, U.S. District Court

Application and fee should be mailed directly to:

ROBERTA WESTDAL, ACTING CLERK
Clerk, U.S. District Court
Southern District of California
940 Front Street
San Diego, California 92189

MISC-5
K:\COMMON\FORMS\MISC-5

RECEIVED
DEC 4 1998
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY