USDC SCAN INDEX SHEET

LMM 12/28/98 14:58

3:98-CR-00519 USA V. BOGART

*57*

*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. **JEFFREY T. MILLER**   DEPUTY CLERK: **K. BOND**   RECORDER: D HENSON

| 98CR0519-JM | U.S.A. | vs | RUSSELL J. CONTE | (03)(B) |
|---|---|---|---|---|

HEARING P/O REPORT
AND SENTENCE                            DONALD MCPHERSON, RTND (03)
                                        JOHN A. MITCHELL, RTND (03)
(03) PG CT 1
                                        AUSA: JAMES BRANNIGAN
                                        USPO: KEN RAMSDALE

================================================================

**HEARING DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE:GRANTED IN PART / DENIED IN PART.**

**SENTENCING HELD.**

  **30**   MONTHS CUSTODY OF THE BUREAU OF PRISONS.
   **3**   YEARS SUPERVISED RELEASE + CONDITIONS.
 **$100.00** SPECIAL ASSESSMENT
 **$2,691,555.00** RESTITUTION TO KENNETH MURDOCK PAYABLE FORTHWITH OR THROUGH THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.
NO FINE.
DEFENDANT'S RIGHTS ON APPEAL - WAIVED.
DEFENDANT TO REMAIN ON BOND.

DEFENDANT ORDERED TO SELF SURRENDER TO THE INSTITUTION DESIGNATED BY THE BUREAU OF PRISONS OR THE CLERK OF COURT NO LATER THAN **2PM ON 1-8-99**; STATUS HEARING RE. SELF SURRENDER SET FOR **1-8-99 @ 2PM**.

REMAINING COUNTS DISMISSED UPON ORAL MOTION OF THE GOVERNMENT.

DATE   **12-21-98**                                                    Deputy