Case 3:98-cr-00519-JM   Document 67   Filed 01/27/99   PageID.369   Page 1 of 3

USDC SCAN INDEX SHEET










```
LMM     2/2/99    10:46
3:98-CR-00519   USA V. BOGART
*67*
*CRSTIPO.*
```

```
 1 │ CHARLES G. La BELLA
   │ United States Attorney
 2 │ JAMES W. BRANNIGAN, JR.
   │ Assistant U.S. Attorney
 3 │ California Bar No. 37816
   │ 880 Front Street, Room 6293
 4 │ San Diego, California 92101-8893
   │ Tel. No. (619)557-6549
 5 │
   │ Attorney for the Plaintiff
 6 │ United States of America
```



FILED
JAN 27 1999
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 98cr0519JM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| RUSSELL J. CONTE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between the plaintiff United States of America, by its attorney, Charles G. La Bella, United States Attorney, by James W. Brannigan, Jr., Assistant United States Attorney, and defendant Russell J. Conte, personally and by his attorney, Donald W. MacPherson, Esquire, that the C-O-R-R-E-C-T-E-D JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT filed in the entitled case on January 5, 1999, should be further corrected as follows to reflect the intent of the court at the time of sentencing:

    1.   Page 2, IMPRISONMENT section should reflect a self surrender date of "no later than <u>2 PM 2-8-99</u>."



2. Page 3, RESTITUTION section, there should be added the following sentence: " Defendant's obligation to pay restitution shall be joint with codefendants Bogart and Lucci and several."

SO STIPULATED.

DATED: January 26, 1999.

CHARLES G. La BELLA
United States Attorney

*/s/ James W. Brannigan, Jr.*
JAMES W. BRANNIGAN, JR.
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: January 19, 1999.

*/s/ Russell J. Conte*
RUSSELL J. CONTE
Defendant

*/s/*
DONALD W. MacPHERSON
Attorney for Defendant

---

ORDER

SO ORDERED.
DATED: 1/27/99.

*/s/*
United States District Judge