USDC SCAN INDEX SHEET

















BAR   4/5/99   13:45

3:98-CR-00519   USA V. BOGART

*71*

*CRO.*

FILED

99 APR -2 PH 3: 15

BY: _____  DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jeffrey T. Miller)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR Case No. 98-0519-JM |
| Plaintiff, | ) | |
| | ) | ORDER EXONERATING |
| v. | ) | CRIMINAL BOND AND |
| | ) | RECONVEYANCE |
| RUSSELL J. CONTE, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the bond be exonerated and the following property, located at "Lot 48, Snyder's Mill Subdivision, Phase I, according to the official plat thereof and of record in the Summit County Recorder's Office," be released and reconveyed to Provo Land Title Company, 255 E. 100 South, Provo, UT  84606.

SO ORDERED.

Dated: _4/2/99_____

_____
Honorable Jeffrey T. Miller
U.S. District Judge